```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
                      HOUSTON DIVISION

CARLA J. MADDOX,                  §
                                  §
         Plaintiff,               §
                                  §
VS.                               §   Civ. A. H-14-1826
                                  §
CAROLYN W. COLVIN, ACTING         §
COMMISSIONER OF THE SOCIAL        §
SECURITY ADMINISTRATION,          §
                                  §
         Defendant.               §
```

## OPINION AND ORDER

Pending before the Court in the above referenced cause, seeking judicial review of a final decision of the Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff Carla J. Maddox's (""Maddox's") application for disability insurance benefits, are (1) Defendant Commissioner's motion for summary judgment (instrument #13), (2) Maddox's cross motion for summary judgment (#16), and (3) United States Magistrate Judge Frances Stacy's memorandum and recommendation (#18) granting #13 and denying #16. No objections have been filed to the memorandum and recommendation.

### Standard of Review

Findings of the United States Magistrate Judge to which no specific objections are made require the Court only to decide whether the memorandum and recommendation is clearly erroneous or contrary to law. *Id., citing U.S. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).

-2-

**Court's Decision**

After reviewing the briefs, the applicable law, and the Magistrate Judge's memorandum and recommendation, the Court finds that the Magistrate Judge has correctly summarized the law and applied it to the facts in this action. Accordingly, the Court

ADOPTS the Magistrate Judge's memorandum and recommendation as its own and

ORDERS that the Commissioner's motion for summary judgment (#13) is GRANTED and Maddox's motion for summary judgment (#16) is DENIED. Final judgment will issue by separate order.

**SIGNED** at Houston, Texas, this __18th__ day of __June__, 2015.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE